UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Marlon Manswell,

                                      Plaintiff,

       -against-

The City of New York, et al.,

                                 Defendants.

------------------------------------------------------------------X

**NOTICE OF MOTION**

10 CV 5878 (FB) (VVP)

      **PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law dated February 23, 2011, defendant City of New York will move this Court before the Honorable Victor V. Pohorelsky, United States Magistrate Judge, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, at a date and time to be determined, for an Order denying plaintiff's request for a protective order pursuant to F.R.C.P. 26(c), pursuant to Local Civil Rule 6.3 of the Southern and Eastern Districts of New York, in reconsideration of its prior Order, dated February 9, 2011.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.3 of the Southern and Eastern Districts of New York, plaintiff's opposition papers, if any, are due no later than March 9, 2011, and defendant's reply, if any, is due no later than March 16, 2011.

Dated:   New York, New York
         February 23, 2011

                                   MICHAEL A. CARDOZO
                                   Corporation Counsel of the
                                       City of New York
                                   *Attorney for Defendant*
                                   100 Church Street, Room 3-226
                                   New York, New York 10007
                                   (212) 788-0784

                              By: _____
                                   RACHEL SELIGMAN WEISS
                                   Senior Counsel
                                   Special Federal Litigation Division

                                   SHLOMIT AROUBAS
                                   Assistant Corporation Counsel

TO:   Gabriel Harvis, Esq. (by ECF)

| |
|---|
| Docket No 10 CV 5878 (FB) (VVP) |
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK |
| Marlon Manswell,<br>                Plaintiff,<br>       -against-<br><br>The City of New York, et al.,<br>                Defendants. |
| **NOTICE OF MOTION** |
| ***MICHAEL A. CARDOZO***<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendant*<br>*100 Church Street, Room 3-226*<br>*New York, New York 10007*<br><br>*Of Counsel: Rachel Seligman Weiss*<br>*Tel: (212) 788-0784* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ................................................................, 20.....*<br><br>*................................................................ Esq.*<br><br>*Attorney for ................................................................* |